IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

REGINALD HOLLEY,                :
                                :
        Plaintiff               :
                                :
    VS.                         :    CIVIL ACTION NO. 7:10-CV-65 (HL)
                                :
Warden DANSFORTH, *et al.*,     :
                                :
        Defendant               :    **ORDER**

Plaintiff **REGINALD HOLLEY**, an inmate at Augusta State Medical Prison in Grovetown, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff also sought leave to proceed *in forma pauperis*.

The Court ordered plaintiff to pay an initial partial filing fee in the amount of $13.00 Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated August 17, 2010, the Court ordered plaintiff to show cause to the Court why his case should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was ordered to advise the court: (1) what attempts, in any, he made to pay the required initial partial filing fee; (2) whether he requested prison officials to withdraw the required amount from his account and to submit it to the Court; and (3) whether he wished to proceed with his lawsuit. Plaintiff was given until August 31, 2010 to respond.

Plaintiff has failed to pay the initial partial filing fee or respond to the August 17, 2010 Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 10th day of September, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

lnb