```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
```

| | | |
|---|---|---|
| REGINALD HOLLEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:10-cv-65 (HL) |
| Warden DANSFORTH, et al., | : | |
| Defendants. | : | |

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 18), entered on September 22, 2010. The Magistrate Judge recommends that Plaintiff's claims against Officer Roberts and Cert-Team Officer Lamber be dismissed.

Plaintiff has filed an objection to the Recommendation (Doc. 24), as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the objection and made a *de novo* review of the portions of the Recommendation to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims against Officer Roberts and Cert-Team Officer Lamber are dismissed. The case will proceed against the remaining Defendants. The Magistrate Judge will issue a ruling on the Plaintiff's motion to appoint counsel.

**SO ORDERED**, this the 19th day of November, 2010.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

lmc